**Joe F. HOWELL, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3417.

United States Court of Appeals, Federal Circuit.

Sept. 24, 2004.

Joe F. Howell, of Counsel, Phil Campbell, AL, for Petitioner.

Doris Finnerman, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsels, Washington, DC, for Respondent.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Frank Manuel COELHO, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5144.

United States Court of Appeals, Federal Circuit.

Sept. 27, 2004.

Frank Manuel Coelho, Altaville, CA, pro se, for Plaintiff–Appellant.

Steven J. Abelson, Principal Attorney, Washington, DC, for Defendant–Appellee.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.